IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Gary Zachariah Thomas, | ) | Civil Action No.: 8:12-cv-03077-MGL-JDA |
| Plaintiff , | ) | |
| | ) | |
| vs. | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| Ray Graham, Detective, in both | ) | **OF MAGISTRATE JUDGE** |
| individual and official capacity | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Plaintiff is proceeding in this action *pro se*.  On May 24, 2013, Defendant Ray Graham filed a motion for summary judgment.  [Doc. 34.]  On May 30, 2013, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), the Plaintiff was advised of the dismissal/summary judgment procedures and the possible consequences if he failed to respond adequately by July 5, 2013.  [Doc. 35.]   Despite this explanation, the Plaintiff elected not to respond to the motion.

As the Plaintiff is proceeding *pro se*, on July 11, 2013, the court filed a subsequent Order giving the Plaintiff through July 31, 2013 to respond to the pending motion for summary judgment.  [Doc. 38.]  The Plaintiff was specifically advised that if he failed to respond, this action would be dismissed for failure to prosecute.  As of the date of this Report and Recommendation, the Plaintiff has elected not to respond.

Based on the foregoing, it appears the Plaintiff no longer wishes to pursue this action.  Accordingly, it is recommended that this action be dismissed *with prejudice* for lack of prosecution and for failure to comply with this Court's orders, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and the factors outlined in *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir.1982).  *See Ballard v. Carlson*, 882 F.2d 93 (4th Cir.

1989).

s/ Jacquelyn D. Austin
United States Magistrate Judge

August 12, 2013
Greenville, South Carolina

**The plaintiff's attention is directed to the important notice on the next page.**